1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

10

11   TRIPPLE AAA ASSOCIATION FOR          )    Civil No. 06cv731-L(NLS)
     CHILDREN WITH DEVELOPMENTAL          )
12   DISABILITIES SUING ON BEHALF OF      )    **ORDER GRANTING JOINT**
     ROBERT AARON McKISSICK *et al.*,     )    **MOTION TO DISMISS**
13                                        )
                    Plaintiffs,           )
14                                        )
     v.                                   )
15                                        )
     MICELANEAS MARCY'S, *et al.*,        )
16                                        )
                    Defendants.           )
17                                        )
     ──────────────────────────────────  )
18

19          On July 24, 2007, Plaintiffs and Defendant Micelaneas Marcy's, the only remaining

20   Defendant in this action, filed a joint motion for dismissal with prejudice.  Pursuant to Federal

21   Rule of Civil Procedure 41(a), the complaint in this action is hereby **DISMISSED WITH**

22   **PREJUDICE**.

23          **IT IS SO ORDERED.**

24   DATED:  July 26, 2007

25                                              _____
                                                M. James Lorenz
26                                              United States District Court Judge

27   COPY TO:
     HON. NITA L. STORMES
28   UNITED STATES MAGISTRATE JUDGE
     ALL PARTIES/COUNSEL

                                                                                   06cv731